### E. B. WARRICK v. THE STATE.

No. 9241.   Delivered June 17, 1925.

Theft, a Misdemeanor—No Bills of Exception, Nor Statement of Facts.

The record contains neither bills of exception, nor statement of facts, and nothing is brought forward for review. No fundamental errors appearing, the cause is affirmed.

Appeal from the District Court of Titus County.   Tried below before the Hon. Dan M. Cook, Judge.

Appeal from a conviction for theft, a misdemeanor; penalty, confinement in the county jail for thirty days.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for theft, a misdemeanor; punishment fixed at a fine of $25.00 and confinement in the county jail for a period of thirty days.

The record contains neither bills of exception nor statement of facts. Therefore, nothing is brought forward for review. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*